UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| Plaintiff(s): | New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts) | Defendant(s): | True To Life Productions, Inc., an Arizona for-profit corporation ; Brightcourse, LLC, an Arizona limited liability company ; Heritage House '76, Incorporated, an Arizona for-profit corporation ; Brandon Monahan |

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Navajo

County of Residence: Navajo

Plaintiff's Atty(s):

David Johns
Aspey Watkins & Diesel, PLLC
123 N San Francisco St, 3rd Floor
Flagstaff, Arizona  86001
(928) 774-1478


Monica Pertea
Aspey Watkins & Diesel, PLLC
123 N San Francisco St, 3rd Floor
Flagstaff, Arizona  86001
(928) 774-1478

Defendant's Atty(s):

II. Basis of Jurisdiction:          3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
    Plaintiff:- 5 Non AZ corp and Principal place of Business outside AZ
    Defendant:- 4 AZ corp or Principal place of Bus. in AZ

IV. Origin :          1. Original Proceeding

<u>V. Nature of Suit</u>:              **820 Copyrights**

<u>VI.Cause of Action:</u>              **17 U.S.C. 1201 - False Copyright Management Information; 17 U.S.C. 501 - Copyright Infringement; 15 U.S.C. 1125 - False Designation of Origin**

<u>VII. Requested in Complaint</u>

    Class Action: **No**
    Dollar Demand: **To be proven at trial**
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>s/David Johns</u>

    **Date:** <u>5/19/2023</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**