# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## SR 953-546

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 01, 2023

---

## Title

**Title of Work:** Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2008)

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** June 18, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** New Parent World, LLC, dba My Baby Experts
  **Author Created:** sound recording, text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871

## Rights and Permissions

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478
**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:**   David J Johns
**Date:**   January 27, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## SR 951-547

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 14, 2023

---

## Title

**Title of Work:** Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2009)

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** October 10, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** New Parent World, LLC, dba My Baby Experts
  **Author Created:** sound recording, text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871

## Limitation of copyright claim

**Material excluded from this claim:** sound recording, 2008 content

**New material included in claim:** new sound recording, additional content

## Rights and Permissions

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478
**Alt. Telephone:** (928)864-6224

**Address:**   123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

# Certification

**Name:**   David J Johns
**Date:**   January 27, 2023

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-849

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

---

## Title
_____

**Title of Work:** Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2015 Spanish)

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** August 15, 2015
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** New Parent World, LLC DBA My Baby Experts
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** New Parent World, LLC DBA My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** script/screenplay, previously registered motion picture in English
**Previous registration and year:** PA0002396184, 2023

**New material included in claim:** production as a motion picture, revisions/additions to script, dubbed in Spanish

## Rights and Permissions
_____

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com

**Telephone:** (928)774-1478
**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Copyright Office notes:** Regarding previous registration and material excluded: Amended from Copyright
Office records.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-396-184

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 13, 2023

## Title _____

**Title of Work:** Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2015)

## Completion/Publication _____

**Year of Completion:** 2015
**Date of 1st Publication:** August 15, 2015
**Nation of 1st Publication:** United States

## Author _____

- **Author:** New Parent World, LLC, dba My Baby Experts
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim _____

**Material excluded from this claim:** script/screenplay, Sound recording of script, prior version(2008)
**Previous registration and year:** SR0000951547, 2023

**New material included in claim:** production as a motion picture, revisions/additions to script

## Rights and Permissions _____

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478

Alt. Telephone:   (928)864-6224
Address:   123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

Name:   David J Johns
Date:   January 27, 2023

Correspondence:   Yes

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-942

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

---

## Title _____

**Title of Work:** Simply Breastfeeding:The Criso Breastfeeding Method (2008)

## Completion/Publication _____

**Year of Completion:** 2008
**Date of 1st Publication:** June 18, 2008
**Nation of 1st Publication:** United States

## Author _____

- **Author:** New Parent World, LLC DBA My Baby Experts
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** New Parent World, LLC DBA My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Rights and Permissions _____

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478
**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:**  David J Johns
**Date:**  January 27, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-396-143

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 13, 2023

---

## Title
_____

Title of Work: Simply Breastfeeding:The Criso Breastfeeding Method (2009)

## Completion/Publication
_____

Year of Completion: 2009
Date of 1st Publication: October 10, 2009
Nation of 1st Publication: United States
International Standard Number: 00495612995

## Author
_____

- Author: New Parent World, LLC, dba My Baby Experts
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim
_____

Material excluded from this claim: script/screenplay, previously published material (2008 version)

New material included in claim: additional new footage, revisions/additions to script

## Rights and Permissions
_____

Organization Name: Aspey, Watkins & Diesel PLLC
Name: David J Johns
Email: djohns@awdlaw.com
Telephone: (928)774-1478

Page 1 of 2

**Alt. Telephone:**   (928)864-6224
**Address:**   123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:**   David J Johns
**Date:**   January 27, 2023

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-396-869

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

---

## Title
_____

**Title of Work:** Simply Breastfeeding:The Criso Breastfeeding Method (2012 Spanish)

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** November 15, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** New Parent World, LLC DBA My Baby Experts
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** New Parent World, LLC DBA My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** script/screenplay, preexisting footage
**Previous registration and year:** pending

**New material included in claim:** additional new footage, revisions/additions to script, Dubbed in Spanish

## Rights and Permissions
_____

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478

Page 1 of 2

**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-929

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Simply Breastfeeding:The Criso Breastfeeding Method (2012) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | November 15, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | New Parent World, LLC DBA My Baby Experts |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | New Parent World, LLC DBA My Baby Experts |
| | 25 Westbury Drive, Sparta, NJ, 07871, United States |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage |
| **Previous registration and year:** | PA0002396143, 2023 |
| **New material included in claim:** | additional new footage, revisions/additions to script |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Aspey, Watkins & Diesel PLLC |
| **Name:** | David J Johns |
| **Email:** | djohns@awdlaw.com |
| **Telephone:** | (928)774-1478 |



**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Copyright Office notes:** Regarding previous registration: Registration number added from Copyright Office records.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-939

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

---

## Title

**Title of Work:**    Simply Breastfeeding:The Criso Breastfeeding Method (2019 Spanish)

## Completion/Publication

**Year of Completion:**    2019
**Date of 1st Publication:**    November 01, 2019
**Nation of 1st Publication:**    United States

## Author

- **Author:**    New Parent World, LLC DBA My Baby Experts
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Citizen of:**    United States
  **Domiciled in:**    United States

## Copyright Claimant

**Copyright Claimant:**    New Parent World, LLC DBA My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim

**Material excluded from this claim:**    script/screenplay, previously registered motion picture in English
**Previous registration and year:**    PA0002396147, 2023

**New material included in claim:**    additional new footage, revisions/additions to script, Dubbed in Spanish

## Rights and Permissions

**Organization Name:**    Aspey, Watkins & Diesel PLLC
**Name:**    David J Johns
**Email:**    djohns@awdlaw.com
**Telephone:**    (928)774-1478

**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Copyright Office notes:** Regarding previous registration and material excluded: Added from Copyright Office records.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-396-147

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 13, 2023

---

## Title
 

**Title of Work:**   Simply Breastfeeding:The Criso Breastfeeding Method (2019)

## Completion/Publication
 

**Year of Completion:**   2019
**Date of 1st Publication:**   November 01, 2019
**Nation of 1ˢᵗ Publication:**   United States

## Author
 

- **Author:**   New Parent World, LLC, dba My Baby Experts
**Author Created:**   entire motion picture
**Work made for hire:**   Yes
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant
 

**Copyright Claimant:**   New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim
 

**Material excluded from this claim:**   script/screenplay, prior versions (2008, 2009, 2012)
**Previous registration and year:**   PA0002396143, 2023

**New material included in claim:**   additional new footage, revisions/additions to script

## Rights and Permissions
 

**Organization Name:**   Aspey, Watkins & Diesel PLLC
**Name:**   David J Johns
**Email:**   djohns@awdlaw.com
**Telephone:**   (928)774-1478

**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Correspondence:** Yes