| | |
|---|---|
| Name | Maria Crimi Speth |
| Bar # | 012574 |
| Firm | Jaburg & Wilk, P.C. |
| Address | 3200 North Central Avenue |
| | 20th Floor |
| | Phoenix, AZ  85012 |
| Telephone | 602-248-1000 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

New Parent World, LLC

            Plaintiff,

    vs.

True To Life Productions, Inc., et al.

            Defendant.

)
)
)
)
)
)
)
)

**Case No.**  3:23-cv-08089-DGC

Corporate **Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Heritage House '76, Incorporated

_____ in compliance with the provisions of (*check one*):

☑ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship_____

☐ Other(please explain):

_____

_____

☐ Diversity case. (Attach additional pages if needed.)

Party name and Party Role:                    State:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _29th_____ day of _June_____, _2023_____.

/s/Maria Crimi Speth_____

Counsel of Record

Certificate of Service:

I hereby certify that on the 29th day of June, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica Pertea
David Johns
Aspey Watkins & Diesel, PLLC
123 North San Francisco Street, 3rd Floor
Flagstaff, Arizona  86001
mpertea@awdlaw.com
djohns@awdlaw.com
Attorneys for Plaintiff

/s/Debra Gower