

**Exhibit 1**

~~Monica Pertea (030955)~~
~~David Johns (026893)~~
~~**ASPEY WATKINS & DIESEL, PLLC**~~
~~123 N. San Francisco Street, 3rd Floor~~
~~Flagstaff~~Krystle Delgado, AZ Bar No. 031219
**Delgado Entertainment Law, PLLC**
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona ~~86001~~85251
Telephone: (~~928) 774-1478~~480) 248-0657
~~MPertea@awdlaw.com~~
~~DJohns@awdlaw.com~~
~~Attorneys~~Facsimile: (480) 718-8759
krystle@delgadoentertainmentlaw.com
Attorney for Plaintiff

ASPEY WATKINS & DIESEL, PLLC
123 N. San Francisco Street, 3rd Floor
Flagstaff, AZ 86001
(928) 774-1478

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts), <br><br> Plaintiff, <br><br> vs. <br><br> True To Life Productions, Inc., an Arizona for-profit corporation; ~~Brightcourse, LLC, an Arizona limited liability company;~~ Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity, <br><br> Defendant. | Case No. 3:23-CV-08089-DGC <br><br> **FIRST AMENDED COMPLAINT** <br><br> **(Copyright Infringement, False Copyright Management, Breach of Contract, Unfair Competition, Breach of Covenant of Good Faith and Fair Dealing, Unjust Enrichment)** <br><br> **(Jury Trial Requested)** |

Plaintiff, New Parent World, LLC, d/b/a My Baby Experts, ("Plaintiff"), through ~~counsel~~undersigned counsel, hereby submits this Complaint against Defendants, True To Life Productions, Inc., ~~Brightcourse, LLC,~~ Heritage House '76, Incorporated, and Brandon Monahan, ("Defendants"), and alleges as follows:

## JURISDICTION AND VENUE

ASHLEY MARTINSON & DOUGLASHLAW, PLLC
425 N. 5th Street Suite Phoenix #9
Flagstaff AZ 86001
(928) 350-3456 57
(928) 350-3456 57

1.     ~~1.~~     This Complaint alleges claims for Removal of Copyright Information and False Copyright Management Information (17 U.S.C. § 1202 et. seq), Copyright Infringement (17 U.S.C. § 501 et. seq.), False Designation of Origin (15 U.S.C. § 1125 et. seq.) and Arizona common law claims for Breach of Contract, Unfair Competition, ~~and~~ Breach of the Covenant of Good Faith and Fair Dealing, and Unjust Enrichment, as more fully set forth below.

2.     ~~2.~~     This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as a civil action arising under the laws of the United States.  Pursuant to 28 U.S.C. § 1367(a), this Court retains supplemental jurisdiction over Plaintiff's Arizona common law claims, all of which arise from the same case or controversy.

3.     ~~3.~~     Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(2).  The actions upon which Plaintiff bases its Complaint occurred within the District of Arizona. Additionally, venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(1). All defendants are residents of the District of Arizona.

**PARTIES**

4.     ~~4.~~     Plaintiff New Parent World, LLC, d/b/a My Baby Experts, is a New Jersey limited liability company (hereinafter, "My Baby Experts") with a known place of business at 25 Westbury Drive, Sparta, NJ 07871.

5.     ~~5.~~     Defendant True To Life Productions, Inc. d/b/a Bright Parents and Bright Course is an Arizona for-profit corporation (hereinafter, "True To Life") with a known place of business at 261 S. 1ˢᵗ St E, Snowflake, AZ 85937.

ASHLEY MONTAINE & DREXEL-PHLAB, PLLC
123 N. 43rd Suburbia Street, Suite #9
Flagstaff, AZ 86005
(923) 789-1483-0657

~~6.      Defendant Brightcourse, LLC is an Arizona limited liability company (hereinafter, "Brightcourse") with a known place of business at 2154 E. Spruce Drive, Chandler, AZ 85286.~~

6.      ~~7.~~      Defendant Heritage House '76, Incorporated is an Arizona for-profit corporation (hereinafter, "Heritage House") with a known place of business at 919 S. Main Street, Snowflake, AZ 85937.

7.      ~~8.~~      Defendant Brandon Monahan ("Monahan") is the Chairman of the Board of Directors and CEO of True To Life. Monahan is also President and CEO of Heritage House and, upon information and belief, is a resident of the State of Arizona.

**BACKGROUND**

8.      ~~9.~~      Plaintiff My Baby Experts has been in the business of creating important original content, including audio and audio-visual works, focused on teaching breastfeeding techniques and improved newborn care to new parents since at least the year 2004.

9.      ~~10.~~      My Baby Experts' content is registered and protected under United States Copyright Law. My Baby Experts' copyright registrations applicable to the claims made herein are attached hereto as **Exhibit A**.

10.      ~~11.~~      Beginning in 2010, ~~Defendants~~Defendant Heritage House began purchasing and distributing My Baby Experts' content in English and Spanish audio and DVD formats, including its ~~DVDs~~DVD breastfeeding courses entitled "Simply Breastfeeding, the Criso Breastfeeding Method" (hereafter the "Simply Breastfeeding course") and "Breast Pumps and Briefcases, Breastfeeding for the Working Mom" (~~hereinafter,~~hereafter the "Breast Pumps and Briefcases course") (collectively the

"Intellectual Property"). My Baby Experts only provided Heritage House a license to distribute the physical DVD versions of the Intellectual Property.

11. ~~12.~~ On April 1, 2019, My Baby Experts entered into a Digital Content Rights Distribution and Royalty Agreement (the "Agreement") with Defendant True to Life ~~for distribution of the Intellectual Property.~~, which permitted True To Life to distribute the Intellectual Property solely online via the True To Life's paid subscription website: www.brightcourse.com (the "Bright Course Website").

~~13. The Agreement provides that My Baby Experts, as Grantor, would license the rights to distribute its Intellectual Property via online streaming to True To Life, as Grantee.~~

12. ~~14. The Agreement is~~The Agreement was for a term of two years, with an additional automatic renewal for one successive one-year term, unless terminated by either party not less than 90 days prior to renewal.

13. ~~15.~~ The Agreement ~~grants~~granted True To Life limited "digital streaming rights for the audio, video and/or still image files" for the Intellectual Property in the United States and Canada ~~"through the online subscription Service known as and accessible online at Brightcourse.com."~~via the Bright Course Website.

14. ~~16.~~ Pursuant to the Agreement, ~~Defendant~~ True To Life expressly undertook to safeguard My Baby Experts' content and to make it available *only* on the Bright Course Website, on a paid subscription basis for which royalties would be paid to My Baby Experts.

15. ~~17.~~ Specifically, Defendant True To Life represented and warranted that:

- 4 -

(a) ~~(a)~~ Grantee must "…restrict access to the Property to customers of the ~~Service~~[Bright Course Website] who are accessing the ~~Service~~[Bright Course Website] on a trial or active subscription basis."

(b) ~~(b)~~ "The Property shall not be stored in such a way that allows public access or download."

(c) ~~(c)~~ Grantee must "…exercise the same degree of care" with respect to the Intellectual Property that Grantee exercises with respect to its "own proprietary –information"; and

(d) ~~(d)~~ Grantee must not allow My Baby Experts' content to be subject to any "third-party software designed to reproduce the video in downloadable format."

16. ~~18.~~ By its terms, the Agreement expired on March 31, 2022.

17. ~~19.~~ On July 20, 2022, ~~Brandon~~Defendant Monahan provided email notice to My Baby Experts that True To Life was seeking to terminate the Agreement. Monahan committed in that correspondence to "remove [My Baby Experts'] content from Brightcourse on November 17th, 2022" and represented that My Baby Experts would "…be paid full royalties for anyone who views [its] content."

18. ~~20.~~ Following Monahan's correspondence indicating True To Life's intent to terminate the Agreement, My Baby Experts discovered numerous violations of the Agreement, of the United States Copyright Law, and of ~~the~~ Arizona common law by ~~the~~ Defendants.

19. ~~21. For instance, True To Life breached the Agreement by making~~To start, My Baby ~~Experts'~~ Experts discovered that True To Life made the

ASHLEY MOTTENBERG & DANKENBERG, PLLC
123 N. 5th Street, Suite B160, #9
Flagstaff, AZ 86525
(928) 500-3483

ASHLEY, MOORE INSSER & DRESSEN LAW, PLLC
123 N. 23rd Suburbano Suite B, Phoenix #9
Phoenix, Arizona 85025
(929) 350-3488/0657

Intellectual Property available on the Bright Course Website for free ~~on~~ to subscribers using the Bright Course Website on a trial basis.

20.  True To Life also made the Intellectual Property available publicly and for free on a non-restricted online ~~databases, including~~ database, Rumble.com~~.~~ ("Rumble"). The distribution to Rumble was not inadvertently done, as True To Life publicly hosts other third-party content contained on the Bright Course Website on Rumble, and True To Life has internal training videos teaching its team members how to upload content to Rumble.

21.  ~~22.  Rumble.com is a website repeatedly cited for circulating misleading or deceptive information. True To Life's publication of~~ True to Life additionally distributed My Baby Experts' Intellectual Property ~~on that website not only violated the terms of the Agreement as set forth in ¶ 15-17, *infra*, but it also undermined My Baby Experts' credibility and damaged My Baby Experts' reputation, content and business.~~to www.reviewonline.org ("Review Online").  Upon information and belief, ~~True To Life~~Review Online is owned and/or ~~other~~controlled by Defendants~~ may have intentionally distributed this content in such fashion with the intent to harm the marketability and credibility of~~. Defendants failed to ever account for, or pay to My Baby Experts, if applicable, earnings received from the Review Online website, nor otherwise pay My Baby Experts in order to license the Intellectual Preoprty for use on the Review Online website.

22.  Without authorization or permission, and in breach of the Agreement, True to Life also distributed My Baby Experts' Intellectual Property to its Bright Parents website: www.brightparents.com ("Bright Parents Website"), which is also a subscription-based platform. Defendants failed to ever account for, or pay to My Baby Experts, if

ABBEY, MONTANSON & DRAKE LAW, PLLC
423 N. 23rd St., Suite 9, P.O. Box 49
Flagstaff, AZ 86001
(929) 501-3488057

applicable, earnings received as a result of the unauthorized distribution of the Intellectual Property to the Bright Parents Website, nor otherwise pay My Baby Experts in order to license the Intellectual Preoprty for use on the Bright Parents Website.

23. My Baby Experts is entitled to full disgorgement of Defendants' profits earned from these unauthorized distributions to Bright Parents, Review Online, and any other third-party websites, to be determined as discovery continues in this matter.

24. Without authorization or permission, and in breach of the Agreement, True to Life edited, combined, and substantially modified the Intellectual Property by combining the twelve (12) separate video modules of the 2019 English version of the Simply Breastfeeding course into five (5) video modules, which were distributed online by Defendants to the Bright Course Website and other third-party websites.

25. True to Life additionally removed two (2) of the video modules from the 2019 English version of the Simply Breastfeeding course entirely without notice or authorization by My Baby Experts, which were essential for establishing the My Baby Experts representative as an expert in the newborn and breastfeeding education space.

26. True to Life took the same steps outlined in Paragraphs 24-25 related to the 2019 Spanish version of the Simply Breastfeeding course, combining between the English and Spanish Simply Breastfeeding courses a total of twenty-four (24) video modules into ten (10) video modules.

27. Without authorization or permission, and in breach of the Agreement, True to Life edited, combined, and substantially modified the Intellectual Property by combining the ten (10) separate video modules of the 2012 English version of the Simply Breastfeeding course into four (4) video modules, which were distributed online by

ABNEY MONTBATON DANKENHLAW, PLLC
123 N. 3rd Street, Suite Phoenix #9
Flagstaff Code: 86GB85251
(928)150-1483057

Defendants to the Bright Course Website and other third-party websites. True to Life additionally removed two (2) of the video modules from the 2012 English version of the Simply Breastfeeding course entirely without notice or authorization by My Baby Experts, which were essential for establishing the My Baby Experts representative as an expert in the newborn and breastfeeding education space.

28. True to Life took the same steps outlined in Paragraph 27 related to the 2012 Spanish version of the Simply Breastfeeding course, combining between the English and Spanish versions of the 2012 Simply Breastfeeding course a total of twenty (20) video modules into eight (8) video modules.

29. True To Life additionally combined the eleven (11) separate video modules of the English version of the Breast Pumps and Briefcases course into one (1) video module, which was distributed online by Defendants to the Bright Course Website and other third-party websites.

30. True To Life took the same steps outlined in Paragraph 29 related to the Spanish version of the Breast Pumps and Briefcases course, combining a total of twenty (22) separate video modules into two (2) video modules.

31. True To Life combined sixty-six (66) separate video modules comprising the Intellectual Property into just twenty (20) without My Baby's Experts permission or awareness, and in breach of the Agreement.

32. Pursuant to Section 4 of the Agreement, True To Life and My Baby Experts' agreed that My Baby Experts would receive a pro-rated amount from a total "twenty-five (25%) of net sales from digital subscriptions" for all content hosted on the subscription-based Bright Course Website. According to the Agreement, My Baby Experts would

- 8 -

receive its pro-rated share of earnings based on views received on the My Baby Experts individual video modules. A "View" is defined in the Agreement as a single session of a subscriber viewing thirty (30) seconds or more of any video module hosted on the Bright Course website.

33. True To Life combined, deleted, or otherwise modified the sixty-six (66) individual video modules comprising the English and Spanish versions of the Intellectual Property into just twenty (20) video modules, in an intentional effort to deprive My Baby Experts from receiving full payment for use of all sixty-six (66) video modules, which would have resulted in significantly more earnings to My Baby Experts; an unpaid difference currently estimated to be no less than Sixty-Thousand Ninety-Eight Dollars and 11/100 ($60,098.11), but likely significantly more.

34. Indeed, True To Life failed to account for all views received related to the Intellectual Property (as noted further below), including but not limited to views earned by subscribers utilizing the Bright Course Website on a free trial basis.

35. Upon the discovery that True To Life had combined My Baby Experts' content.video modules together, in or about March of 2020, My Baby Experts promptly addressed the issue with True To Life (in connection with My Baby Experts' other concerns related to True To Life's seemingly inaccurate accounting). In response, True To Life apologized for the "surprise," but nonetheless failed to cure the breach, or pay My Baby Experts in accordance with the Agreement.

36. 23. InThe issues of True To Life's late accounting statements, seemingly inaccurate accounting, and the combining of the video modules were all issues

ABBEY, MOORE BANKS & DANKER LAW, PLLC
123 N. Xxxxxxxxxx Street, Suite #9
Flagstaff, AZ 86001
(928) 555-4567

ABBEY, WEITZENBERG, WARREN & EMERY, PLLC
123 N. College Avenue, Suite 200
Fort Collins, CO 80524-2514
(970) 377-3453 6057

that remained unresolve as the My Baby Expert owners were otherwise attempting to navigate not only the loss of a close family member, but also the Covid-19 epidemic.

37. Pursuant to Section 13 of the Agreement, My Baby Experts never waived these breaches by True To Life, and My Baby Experts remains entitled to full and accurate payment for all views received by the Intellectual Property via the combined modules on the Bright Course Website, which, if not combined, would have been counted as individual views for all applicable video module, and significantly more revenue payable to My Baby Experts.

38. My Baby Experts also discovered that in multiple instances, ~~Defendants~~True To Life removed My Baby Experts' copyright notice when it published My Baby Experts' copyrighted works on Rumble~~.com and Brightcourse.com.~~, the Bright Course Website, Bright Parents, and other third-party websites, to be determined as discovery continues.

39. ~~24. Following termination of the Agreement,~~ Defendants concurrently created infringing knockoff videos that are substantially similar to My Baby Experts' own video content~~,~~ (hereafter the "Infringing Course"), and Defendants marketed ~~those infringing videos~~its Infringing Course in direct competition with My Baby Experts.

40. ~~25. Integrally~~ To date, My Baby Experts has identified approximately one hundred sixty (160) instances of word-for-word or almost exact copying of the My Baby Experts Intellectual Property in the Infringing Course.

41. True To Life additionally created derivative works of the Intellectual Property and displayed the derivative works to the public for free, including on the Bright Course website and other third-party websites.

ABBEY, WEITZENBERG, WARREN & EMERY, PLLC
123 N. Wahsatch Ave, Suite 314 80 #9
Colorado Springs, CO 80903
(925)790-3488657

42.  For example, upon information and belief, True To Life used the Intellectual Property to create and distribute "recap" videos, which contain various sections of the Simply Breastfeeding course, as well as the Breast Pumps and Briefcases course in English and/or Spanish (the "Recap Videos"). Beyond the unauthorized creation of the Recap Videos, True To Life never accounted to, or paid, My Baby Experts for the views received on the Recap Videos while hosted on the Bright Course Website.

43. Upon information and belief, True To life also created and distributed "preview" videos, which contain various sections of the Simply Breastfeeding course, as well as the Breast Pumps and Briefcases course in English and/or Spanish (the "Preview Videos").

44. Upon information and belief, True To Life made the Preview Videos viewable to the public, and for free, without permission or authorization from My Baby Experts. True To Life did this in violation of Section 3(a) of Agreement, which specifically states that the Intellectual Property would not be made public in any way.

45.  Pursuant to Section 7 of the Agreement, My Baby Experts "maintain[ed] the right of review over the textual content of lesson descriptions, video worksheets, homework, and factsheets" related to the Intellectual Property (hereafter the "Lesson Materials"). My Baby Experts only learned of the creation of Lesson Materials by Defendants after this dispute arose in January of 2023. Other than the accompanying lesson modules created by Heritage House in conjunction with ~~Defendants' audio visual productions are various~~ the physical DVDs containing the Intellectual Property, which were reviewed by My Baby Experts in 2020, no other Lesson Materials created by Defendants were ever reviewed, approved, or consented to by My Baby Experts.

ABBEY, WEITZENBERG, WARREN & EMERY, PLLC
123 N. College Avenue, Suite 1200
Fort Collins, CO 80524
(970) 221-4800

46.  This includes not only Literature Packs created and sold by Heritage House without authorization or permission by My Baby Experts (of which My Baby Experts never received payment for), but also the Lessons Materials created and distributed by True To Life, specifically: Fact Sheets, Discussion Questions, ~~Literature Packs,~~ Homework, ~~and~~ Worksheets~~.~~, and Spiritual Applications. Defendants created these ~~products~~Lesson Materials by copying and transcribing, ~~repeatedly~~substantially similar or word-for-word, My Baby Experts' copyrighted Intellectual Property~~.~~ (the Recap Videos, Preview Videos, and Lesson Materials collectively referred to hereafter as the "Derivative Works").

~~26.    Moreover, during the term of the Agreement, True To Life and/or other Defendants distributed Fact Sheets, Discussion Questions, Literature Packs, Homework, and Worksheets bearing Plaintiff's name, symbols, and/or trademarks. Upon information and belief, this false representation deceived potential buyers to believe that Defendants' product was that of, or endorsed by, My Baby Experts.~~

47.   ~~27.    Defendants also~~ Certain Lesson Materials contained not only typos, but misleading and erroneous information, including information that conflicted with My Baby Experts' teachings contained in the Intellectual Property.

48. After creating the Derivative Works by copying and transcribing the information from the Intellectual Property, without authorization, Defendants then added their own copyright symbols ~~to their written works that were copied and transcribed from My Baby Experts' audio-visual Intellectual Property.~~on the Lesson Materials.

~~28.    At least some of the differences that do exist between My Baby Experts' Intellectual Property, and Defendants' copied transcriptions thereof, include misleading and erroneous information.~~

- 12 -

ABBEY, WEITZENBERG, WARREN & EMERY, PLLC
123 N. 2nd Street, Suite 310
Phoenix, Arizona 85023
(928) 373-1483

49.    29.   Defendants' affiliation of My Baby Experts' work product with such misleading and erroneous information has harmed My Baby Expert's credibility and reputation., as the Lesson Materials were not only directly downloadable on the Bright Course Website in association with the My Baby Exerts' Intellectual Property, but also directly downloadable on the Bright Parents Website, which is discoverable from a simple Google search.

50.    30.   Subsequently, Defendants removedexcluded My Baby Experts' name, symbols, and/or trademarks from their written materials. However,the Lesson Materials entirely, and failed to credit My Baby Experts as an author. Defendants merely reworded the content of those products into colorable imitations of Plaintiff's own copyrighted Intellectual Property, and distributed these products with their own (or otherwise copied it word-for-word) in the creation of the Lesson Materials, and then distributed the Lesson Materials bearing only Defendants' trademarks, brands and copyright notices. Despite their attempts to convert these products into reworded knockoffs

51.    As of the filing of My Baby Experts' the Amended Complaint, Defendants have still failed to remove all copies of the Intellectual Property, Defendants' products still included word-for-word copied transcriptions of said from their and/or their licensee's online platforms, which Intellectual Property. is discoverable for free via a Google search.

52.    Defendants have also failed to remove My Baby Experts' copyrighted content from their Infringing Course and course materials thereto.

**COUNT 1: False Copyright Management Information – 17 U.S.C. § 1202(a)**

**(against all Defendants)**

- 13 -

53. ~~31.~~ Plaintiff incorporates the foregoing allegations herein as if restated in full.

~~32. Following termination of the Agreement, Defendants removed~~Defendants knowingly and with the intent to facilitate and conceal infringement omitted Plaintiff's copyright management information ~~from Plaintiff's copyrighted Intellectual Property including, but not limited to, Plaintiff's copyrighted audio-visual works.~~

54. ~~33. Defendants replaced Plaintiff's~~, and instead, added Defendants' own copyright management information ~~with Defendant's own falsified copyright management information~~to the Derivative Works.

55. ~~34.~~ Defendants ~~then~~created and distributed ~~that content,~~Derivative Works bearing falsified copyright management information, without seeking or receiving permission to use Plaintiff's ~~copyrighted content.~~Intellectual Property.

56. ~~35.~~ Defendants' falsification of copyright management information as to Plaintiff's copyrighted Intellectual Property has harmed Plaintiff's business~~, damaged Plaintiff's reputation,~~ and caused confusion in the marketplace.

57. Plaintiff seeks statutory damages pursuant to 17 U.S.C. § 1203(c)(3)(B) for an estimated ninety-four (94) violations, in the sum of Twenty-Five Thousand Dollars ($25,000.00) for each violation, in the amount of Two Million Three Hundred Fifty Thousand Dollars ($2,350,000).

**COUNT 2: Removal of Copyright Management Information – 17 U.S.C. § 1202(b)**

**(against all Defendants)**

58. ~~36.~~ Plaintiff incorporates the foregoing allegations herein as if restated in full.

- 14 -

ABBEY, WEITZENBERG, WARREN & EMERY, PLLC
123 N. SECOND Street, Suite 2100, #9
Flagstaff, AZ 86004
(928) 774-1484057

59.   37. Following termination of the Agreement, Defendants intentionally removed copyright management information from Plaintiff's copyrighted Intellectual Property.

60.   38. Defendants created and distributed thatthe modified Intellectual Property, knowing that the copyright management information had been removed or altered, without authorization from Plaintiff.

61.   39. Defendants' unauthorized removal of Plaintiff's copyright management information has harmed Plaintiff's business, damaged Plaintiff's reputation, and caused deception and confusion in the marketplace.

62. Plaintiff seeks statutory damages pursuant to 17 U.S.C. § 1203(c)(3)(B) for each violation, currently estimated to be twenty-one (21), in the sum of Twenty-Five Thousand Dollars ($25,000.00) for each violation, in the currently estimated amount of Five Hundred Twenty-Five Thousand Dollars ($525,000.00).

**COUNT 3: Copyright Infringement – 17 U.S.C. § 501**

**(against all Defendants)**

63.   40. Plaintiff incorporates the foregoing allegations herein as if restated in full.

64.   41. By way of the AgreementSince 2010, and for approximately thirteen (13) years thereafter, Defendants had access to Plaintiff's copyrighted Intellectual Property.

65.   42. Defendants distributed the Intellectual Property to third party websites without authorization from My Baby Experts, such as to Rumble, Bright Parents

ADELI, MONTREUIL & DINNEBIER LAW, PLLC
123 N. 3rd St, Suite 300 #19 #9
Phoenix, AZ 85071
(425) 753-3484057

and Review Online, including following termination of the Agreement. Defendants have still failed to remove My Baby Experts' Intellectual Property from all third-party websites.

66. Defendants created and distributed ~~Fact Sheets, Discussion Questions, Literature Packs, Homework, and Worksheets by~~Derivative Works by editing, copying and transcribing Plaintiff's copyrighted Intellectual Property ~~such that they were identical or substantially similar to Plaintiff's copyrighted works~~.

67. ~~43.~~ Those ~~Fact Sheets, Discussion Questions, Literature Packs, Homework, and Worksheets~~Derivative Works contained extensive content that was copied word-for-word or almost exact copying from Plaintiff's copyrighted Intellectual Property.

68. ~~44.~~ Defendants distributed these ~~products~~Derivative Works, containing word-for-word transcriptions and/or substantially similar copies of Plaintiff's copyrighted Intellectual Property, without seeking or receiving permission to use Plaintiff's copyrighted Intellectual Property.

69. ~~45.~~ Defendants' infringement ~~on~~of Plaintiff's copyrighted Intellectual Property has harmed Plaintiff's business.

70. Upon information and ~~damaged~~belief, and as to be determined as discovery continues, Defendants violated Plaintiff's ~~reputation.~~exclusive copyright through the unauthorized creation of new derivative works and the distribution of the Intellectual Property following registration of Plaintiff's copyrights, in six (6) estimated violations, entitling Plaintiff to seek statutory damages pursuant to 17 U.S.C. § 504(c) for all new infringements in the amount of One Hundred Fifty Thousand Dollars ($150,000.00) per infringement, in the total amount of ($900,000.00).

**COUNT 4: Copyright Infringement – 17 U.S.C. § 501**

ASHOH, MOUTRESSE & DISSERSOLAR, PLLC
123 N. 59th Babjoot Sure, Phase #9
FluStatfcafe, 96/085251
(922)5501-3483/6657

**(against all Defendants)**

71. ~~46.~~ Plaintiff incorporates the foregoing allegations herein as if reinstated in full.

72. ~~47. By way of the Agreement~~Since 2010, and for approximately thirteen (13) years thereafter, Defendants had access to Plaintiff's copyrighted Intellectual Property.

73. ~~48.~~ Following termination of the Agreement, Defendants created the Infringing Course, which contains infringing knockoffs of Plaintiff's video content.

74. ~~49.~~ Defendants marketed their ~~infringing videos~~Infringing Course in direct competition with Plaintiff.

75. ~~50.~~ Defendants directly copied substantial portions of ~~at least two videos licensed for streaming distribution under the Agreement~~Plaintiff's various courses, in English and Spanish, as well as other videos and Intellectual Property owned by Plaintiff.

76. ~~51.~~ Defendants' ~~infringing videos are~~Infringing Course is substantially similar ~~to~~, or in many instances, word-for-word exact copies of Plaintiff's copyrighted Intellectual Property.

77. ~~52.~~ Defendants' infringement of Plaintiffs' Intellectual Property, and marketing of their ~~infringing knockoffs~~Infringing Course in competition with Plaintiff, has caused market confusion and harmed Plaintiff's business ~~and damaged Plaintiff's reputation~~.

78. Upon information and belief, and as to be determined as discovery continues, Defendants violated Plaintiff's exclusive copyright through the unauthorized creation of new derivative works and the distribution of the Intellectual Property following registration

of Plaintiff's copyrights, entitling Plaintiff to seek statutory damages pursuant to 17 U.S.C. § 504(c) for all new infringements in the amount of One Hundred Fifty Thousand Dollars ($150,000.00) per infringement, in the total amount of ($900,000.00).

## COUNT 5: Copyright Infringement – 17 U.S.C. § 501

### (against all Defendants)

79. ~~53.~~ Plaintiff incorporates the foregoing allegations herein as if restated in full.

80. ~~54. By way of the Agreement~~Since 2010, and for approximately thirteen (13) years thereafter, Defendants had access to Plaintiff's copyrighted Intellectual Property.

81. ~~55. Following~~At all points relevant, including following termination of the Agreement, Defendants ~~continued to distribute~~distributed Plaintiff's ~~copyrighted videos~~Intellectual Property publicly via ~~the online streaming service known as~~ "Rumble~~.com."~~ and the Bright Course Website.

82. ~~56.~~ Defendants distributed Plaintiff's ~~copyrighted audio visual~~ Intellectual Property without seeking or receiving permission to continue distributing Plaintiff's copyrighted content following expiration of the Agreement.

83. ~~57. While~~ Defendants ~~made some (but not all) of~~failed to remove the ~~videos private, they never removed the infringing material~~ Intellectual Property from Rumble~~.com~~ and other third-party websites following Termination, even after Plaintiff notified ~~them~~Defendants of the copyright infringement. The infringing content was only removed from Rumble after Plaintiff ~~notified~~issued a DMCA takedown notice to Rumble~~.com of~~ related to the copyright violation.

ASHBY, MONTANARO & DINSMORE LAW, PLLC
123 N. 3rd Street, Suite 310, #9
Flagstaff, AZ 86001
(928) 853-6057

84. 58. The Agreement specifically and expressly prohibited the Grantee, True To Life, from distributing Plaintiff's copyrighted Intellectual Property in this any publicly accessible manner. (and in a way that would allow the public to freely download the Intellectual Property), and True To Life had no right of distribution in any way following termination of the Agreement.

85. 59. Upon information and belief, Defendants unjustly profited from their unauthorized distribution of Plaintiff's copyrighted videos Intellectual Property.

86. 60. Defendants' unauthorized distribution of Plaintiff's copyrighted Intellectual Property has harmed Plaintiff's caused Plaintiff financial loss, and damage to its business and damaged reputation.

87. Upon information and belief, and as to be determined as discovery continues, Defendants violated Plaintiff's exclusive copyright through the unauthorized distribution of the Intellectual Property following registration of Plaintiff's reputation. copyrights, entitling Plaintiff to seek statutory damages pursuant to 17 U.S.C. § 504(c) for all new infringements in the amount of One Hundred Fifty Thousand Dollars ($150,000.00) per infringement.

**COUNT 6: Breach of Contract**

**(against Defendant True To Life)**

88. 61. Plaintiff incorporates the foregoing allegations herein as if restated in full.

89. 62. The Agreement between Plaintiff and True To Life contains provisions covenants that Defendants must shall "restrict access to the Property to customers

ABELL, MONTANA & DRANGINIS, PLLC
123 N. 8th Ave. Suite 130, #9
Flagstaff, AZ 86001
(928) 779-2489957

ASHLEY MONTFISSER DOLCEFER & DONKER LAW, PLLC
123 N. 53rd St Suite 100 #9
Flagstaff, AZ. 86001
(928) 300-4834657

of the Service who are accessing the ~~Service~~[Bright Course Website] on a trial or active subscription basis."

90. ~~63.~~ The Agreement further provides that the Intellectual Property "shall not be stored in such a way that allows public access or download."

91. ~~64.~~ Moreover, the Agreement committed True To Life to "exercise the same degree of care" with regard to Plaintiff's Intellectual Property as True To Life would exercise with their own proprietary information, and that True To Life must not allow Plaintiff's Intellectual Property to be subject to any "third-party software designed to reproduce video in downloadable format."

92. ~~65.~~ True To Life breached the Agreement by uploading Plaintiff's Intellectual Property ~~to "publicly and for free on~~ Rumble~~.com,",~~ the Bright Course Website, and other third-party websites.

93. True To Life breached the Agreement by distributing the Intellectual Property to third-party websites, such Bright Parents and Review Online without ~~restriction only~~authorization from My Baby Experts.

94. True To Life breached the Agreement by intentionally withholding payment to ~~customers who were accessing the content on a trial or active subscription basis~~My Baby Exerts related to revenues received from third-party platforms, if applicable.

95. True To Life breached the Agreement by combining video modules of the Intellectual Property without authorization, and in ~~a manner that the content was freely accessible by the public.~~an effort to deprive My Baby Experts from receiving all revenue due to My Baby Experts for the actual views received by the Intellectual Property on the Bright Course Website.

ABBEY, MOFFITT & DONNELLY, PLC
123 N. Grand Avenue, Suite B100 #9
Flagstaff, AZ 86001
(928) 350-3597

96.    ~~66.    True To Life further~~True To Life breached the Agreement by creating the Derivative Works without authorization, and by failing to pay My Baby Experts for the views received on the Preview Videos and Recap Videos, if applicable.

97. True To Life breached the Agreement by failing to provide accurate payments to My Baby Experts during the term of the Agreement.

98. True To Life breached the Agreement by failing to exercise due care with regard to protection of Plaintiff's Intellectual Property.

99.    ~~67.~~ True To Life's ~~breach~~breaches of the Agreement has caused ~~substantial~~significant financial harm to ~~Plaintiff's business, profits, and the value of Plaintiff's Intellectual Property.~~Plaintiff.

100.    ~~68.~~ This matter arises out of contract, and Plaintiff is entitled to an award of all reasonable attorneys' fees and costs ~~pursuant~~incurred related to the Agreement and pursuant to A.R.S. §§ 12-341 & 12-341.01.

**COUNT 7: False Designations of Origin, False Descriptions, and Dilution –**

**15 U.S.C. § 1125**

**(against all Defendants)**

101.    ~~69.~~ Plaintiff incorporates the foregoing allegations herein as if restated in full.

102.    ~~70.    Following termination of the Agreement,~~ Defendants ~~continued to distribute~~copied and transcribed the content of Plaintiff's Intellectual Property~~, bearing~~ into the Lesson Materials without Plaintiff's permission.

103.    Defendants distributed Plaintiff's Intellectual Property by way of the Lesson Materials, bearing solely Defendants' name, symbols, and/or trademarks.

- 21 -

ASHER, MONTAGUE & DODSON LAW, PLLC
123 N. 3rd Street, Suite B140, #9
Flagstaff, AZ 86004
(928) 793-3483 6557

104. ~~71.~~ Defendants distributed ~~said Intellectual Property~~the Lesson Materials without seeking or receiving authorization from Plaintiff.

~~72. For instance, Defendants published Plaintiff's Intellectual Property on Rumble.com, without permission and without restricting access to viewership.~~

~~73. By publishing Plaintiff's Intellectual Property in a publicly accessible manner on Rumble.com, Defendants undermined both Plaintiff's credibility and the exclusivity of Plaintiff's products. Upon information and belief, Defendants may have intentionally distributed this content in such fashion with the intent to harm Plaintiff's marketability and credibility.~~

105. ~~74.~~ Defendants' unauthorized distribution of ~~Plaintiff's Intellectual Property,~~the Lesson Materials bearing ~~Plaintiff's~~Defendants' name, symbols, and/or trademarks constitutes a false designation of origin, false or misleading description of fact, and/or false or misleading representation of fact, in that Defendants represented that they were the sole creators of the Lesson Materials, diluting the value of Plaintiff's Intellectual Property in the relevant marketplace and causing harm to Plaintiff's business.

106. ~~75.~~ The aforementioned unauthorized distribution of ~~Plaintiff's branded content has~~the Lesson Materials, which contained typos and, in some instances, inaccurate information, also caused confusion, mistake, and/or deception as to Defendants' affiliation with Plaintiff and has caused substantial harm to Plaintiff's reputation, credibility, and business.

~~**COUNT 8: False Designations of Origin, False Descriptions, and Dilution –**~~

~~**15 U.S.C. § 1125**~~

**COUNT 8: Unfair Competition**

**(against all Defendants)**

107. ~~76.~~ Plaintiff incorporates the foregoing allegations herein as if restated in full.

108. ~~77. During the course~~At some point, prior to or after termination of the Agreement, Defendants created ~~Fact Sheets, Discussion Questions, Literature Packs, Homework, and Worksheets bearing~~ the Infringing Course, utilizing content substantially similar or otherwise copied word-for-word from Plaintiff's ~~name, symbols, and/or trademarks without authorization or license from Plaintiff to do so.~~Intellectual Property.

~~78.~~ Defendants ~~copied and transcribed the content of Plaintiff's audio-visual~~likely did this because Defendants' breastfeeding network and customer base had been built since 2010 using the My Baby Experts' Intellectual Property ~~into those products identified in~~. the ~~above paragraph without Plaintiff's permission.~~

~~79. Moreover, the differences that do exist between Defendants' written products and Plaintiff's~~Intellectual Property~~, from which its content~~ was ~~largely copied, include erroneous~~consistently well-received, and the applicable customer base likely expected a certain quality and ~~misleading~~presentation of information.~~

~~80. By associating Plaintiff's name, symbols, and/or trademarks with their unauthorized Fact Sheets, bearing erroneous and misleading information intermingled with content copied from Plaintiff's audio-visual Intellectual property, Defendants harmed Plaintiff's reputation and credibility.~~

109. ~~81. Defendants' unauthorized distribution of Plaintiff's, as~~ previously provided by My Baby Experts' Intellectual Property~~, bearing Plaintiff's name,~~

- 23 -

ASHEN MONTGOMERY DRAKONSHAH, PLLC
123 N. 2nd Subdivision St, PH60-#9
Flagstaff, AZ 86085251
(928) 500-3483-9057

symbols, and/or trademarks constitutes a false designation of origin, false or misleading description of fact, and/or false or misleading representation of fact..

**COUNT 9: Unfair Competition**

110.    Defendants had substantial access to the Intellectual Property since 2010, and included My Baby Experts copyrighted content in their Infringing Course.

In Defendants' Infringing Course(against all Defendants)

1.    82.    Plaintiff incorporates the foregoing allegations herein as if restated in full.

111.    83.    During the course of the Agreement, Defendants even used the same stock images and/or videos used in the My Baby Experts' Intellectual Property.

112.    Defendants also created Fact Sheets, Discussion Questions, Literature Packs, Homework, and Worksheets, utilizing content copied lesson materials for the Infringing Course, which contained substantially similar or word-for-word formcopies of Plaintiff's videos, and bearing Plaintiff's name, symbols, and/or trademarks, without authorization or licenseLesson Materials, which information was derived from Plaintiff. This practice led customers to believe that the Intellectual Property.

113.    Defendants' products were those of Plaintiff, andattempt to try and maintain its customer base, and the creation of the Infringing Course in that effort constitutes unlawful "palming off" of Plaintiff's Intellectual Property.

84.    Following termination of the Agreement, Defendants continued to distribute Plaintiff's copyrighted Intellectual Property, bearing Plaintiff's name, symbols, and/or trademarks, again without authorization or license from Plaintiff.

- 24 -

ABBEY, WEITZENBERG & HOFFMAN, PLLC
100 Stony Point Road #200
Santa Rosa, CA 95401
(707) 542-5050

ASHEY MURSTBERGER & DANSENPELAW, PLLC
123 N. 52nd Street Suite 300 #9
Flagstaff Vale 86004
(928) 710-2583 8657

85. ~~Under Arizona common law, Defendants' unauthorized and unlicensed distribution of Plaintiff's Intellectual Property, bearing Plaintiff's name, symbols, and/or trademarks, both during and after the course of the Agreement, constitutes unlawful palming off of Plaintiff's products as Defendants' own.~~

86. ~~Defendants' aforementioned unauthorized distribution induced buyers to believe that Defendants' product was that of Plaintiff.~~

87. ~~Moreover, by publishing Plaintiff's Intellectual Property in a publicly accessible manner on Rumble.com, Defendants undermined both Plaintiff's credibility and the exclusivity of Plaintiff's products.~~

114. ~~88.~~ Defendants did this intentionally, as, upon information and belief, Defendants created the Infringing Course during the time it was distributing and earning revenue from the Intellectual Property.

115. Defendants' unfair competition by way of the practice of palming off (or "passing off") Defendants' products as that of Plaintiff has misled purchasers as to the source of Defendants' product and has caused substantial financial loss and harm to Plaintiff's business ~~and reputation~~.

**COUNT ~~10~~9: Breach of Covenant of Good Faith and Fair Dealing**

**(against Defendant True To Life)**

116. ~~89.~~ Plaintiff incorporates the foregoing allegations herein as if restated in full.

117. ~~90. As party to a contract, by way of the Agreement,~~ Plaintiff and Defendant True To Life had a binding and valid Agreement.

118. True To Life had a duty implied by law to act fairly and in good faith.

- 25 -

ASHBY MOGINNESS DANIELSON LAW, PLLC
123 N. Spring Street, Suite 300, #9
Flagstaff, AZ 86001
(928) 853-6057

119.     91.    The duty to act fairly and in good faith requires that neither party do anything that prevents the other party from receiving the benefits of ~~their agreement~~the Agreement.

120.     92.    True To Life breached this duty by distributing Plaintiff's Intellectual Property freely to the public~~, in violation of the Agreement.~~ on third party platforms such as Rumble.

121.     93.    True To Life breached this duty by distributing Plaintiff's Intellectual Property to unauthorized third-party websites, such as Bright Parents and Review Online, and by additionally failing to ever pay Plaintiff earnings received as a result of these unauthorized distributions, where applicable, or otherwise pay Plaintiff a licensing fee for use on these third-party websites.

122.     True To Life breached its duty by editing, modifying, and altering the English and Spanish versions of the Simply Breastfeeding course and the Breast Pumps and Briefcases course from sixty-six (66) videos into just twenty (20) video modules, and by creating and distributing the Derivative Works without authorization.

123.     True To Life significantly altered the Intellectual Property in order to deprive My Baby Experts from receiving the full compensation due to it under the Agreement.

124.     True To Life further breached this duty by copying Plaintiff's Intellectual Property and utilizing ~~that~~the copied content to compete directly in the marketplace with Plaintiff.

125.     94.    ~~Moreover,~~True To Life utilized Plaintiff's Intellectual Property, obtained before and during the ~~course~~term of the Agreement, to create ~~knockoff~~

- 26 -

products that are its Infringing Course, which is substantially similar to or word-for-word copying of Plaintiff's own product. Defendant Intellectual Property. True To Life then used those knockoff products its Infringing Course to again compete directly with Plaintiff.

95. Additionally, True To Life published Plaintiff's audio-visual Intellectual Property to Rumble.com, upon information and belief, with the intent to harm Plaintiff's credibility and marketability.

126. 96. Defendant's True To Life's multiple breaches of its duty to act in good faith and deal fairly have has prevented Plaintiff from receiving the benefits of the Agreement and has caused substantial financial harm to Plaintiff, in an exact amount to be determined at trial.

**COUNT 10: Unjust Enrichment**

**(against all Defendants)**

**(in the alternative)**

127. Plaintiff incorporates the foregoing allegations herein as if restated in full.

128. have caused harm Defendants were enriched by use of Plaintiff's Intellectual Property, in that Defendants earned considerable revenue and market recognition as a result of exploiting the Intellectual Property on the Bright Course Website, as well as on other third-party websites.

129. Plaintiff was impoverished is that Defendants' exploited the Intellectual Property, including in the creation of the Infringing Course, without fairly compensating Plaintiff for those uses, and in some instances, without compensating Plaintiff in any way.

ABBET, MOUTINHO & DAVENPORT LAW, PLLC
423 N. 53rd Street, Suite 1360, #9
Flagstaff, AZ 86001
(928) 421-3484

130. A connection exists between Defendants' enrichment and Plaintiff's impoverishment, without any justification as to Defendants' exploitation of the Intellectual Property.

131. Plaintiff is without a remedy provided by law as it relates to ~~Plaintiff's business.~~all Defendants, and has suffered significant financial loss as a result of Defendants' actions, an exact amount to be determined at trial.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

a. For equitable relief in the form of a permanent injunction against Defendants' use of any and all of My Baby Experts' Intellectual Property, including:

(i) removing all Intellectual Property from places where published or otherwise used,

(ii) ceasing all use of ~~Fact Sheets and/or other written content copied from the Intellectual Property, and~~lesson materials and/or derivative works created from the Intellectual Property, and

(iii) ceasing all use of videos contained in the Infringing Course that are substantially similar to the ~~————————~~Intellectual Property;

b. For direct, incidental, and consequential damages caused by Defendants' numerous violations of federal copyright law and trademark law under 17 U.S.C. §§ ~~501, 1202~~504, 1203, and 15 U.S.C. § 1125;

c. For direct, incidental, and consequential damages caused by Defendants' breach of contract, unfair competition, and breach of the covenant of good faith and fair dealing, in an amount to be proven at trial;

ABELL MONTEBLANCO & DANNENBAUM, PLLC
123 N. 23rd Station San Francisco
Phoenix, AZ 85016
(928) 380-3488
(602) 285-2251

d.     For attorneys' fees and costs pursuant to ~~15 U.S.C. § 1117(a) and~~ 17 U.S.C. § 505, as well as the Agreement ~~and~~pursuant to A.R.S. §§ 12-341, 12-341.01, and ~~——~~12-1840;

e.     For interest on such fees and costs, at the maximum legal rate, until paid in full; and

f.     For such other and further relief as might be just and proper under the circumstances of this case.

DATED:  October 12, 2023.

s/~~David Johns~~Krystle Delgado
**~~ASPEY WATKINS & DIESEL~~DELGADO ENTERTAINMENT LAW, PLLC**
*~~Attorneys~~Attorney for Plaintiff*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# SR 953-546

**Effective Date of Registration:**
January 31, 2023

**Registration Decision Date:**
March 01, 2023

## Title

**Title of Work:** Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2008)

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** June 18, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** New Parent World, LLC, dba My Baby Experts
  **Author Created:** sound recording, text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871

## Rights and Permissions

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478
**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## SR 951-547

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 14, 2023

## Title

**Title of Work:** Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2009)

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** October 10, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** New Parent World, LLC, dba My Baby Experts
  **Author Created:** sound recording, text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871

## Limitation of copyright claim

**Material excluded from this claim:** sound recording, 2008 content

**New material included in claim:** new sound recording, additional content

## Rights and Permissions

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478
**Alt. Telephone:** (928)864-6224

**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-849

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

---

## Title

**Title of Work:** Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2015 Spanish)

## Completion/Publication

**Year of Completion:** 2015
**Date of 1ˢᵗ Publication:** August 15, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** New Parent World, LLC DBA My Baby Experts
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** New Parent World, LLC DBA My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, previously registered motion picture in English
**Previous registration and year:** PA0002396184, 2023

**New material included in claim:** production as a motion picture, revisions/additions to script, dubbed in Spanish

## Rights and Permissions

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com

**Telephone:** (928)774-1478
**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Copyright Office notes:** Regarding previous registration and material excluded: Amended from Copyright Office records.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-396-184**

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 13, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Breast Pumps and Briefcases, Breastfeeding for the Working Mom (2015) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | August 15, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | New Parent World, LLC, dba My Baby Experts |
  | **Author Created:** | entire motion picture |
  | **Work made for hire:** | Yes |
  | **Citizen of:** | United States |
  | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | New Parent World, LLC, dba My Baby Experts |
| | 25 Westbury Drive, Sparta, NJ, 07871, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, Sound recording of script, prior version(2008) |
| **Previous registration and year:** | SR0000951547, 2023 |
| **New material included in claim:** | production as a motion picture, revisions/additions to script |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Aspey, Watkins & Diesel PLLC |
| **Name:** | David J Johns |
| **Email:** | djohns@awdlaw.com |
| **Telephone:** | (928)774-1478 |

Alt. Telephone: (928)864-6224
Address: 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

Name: David J Johns
Date: January 27, 2023

Correspondence: Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-942

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

## Title _____

| | |
|---|---|
| **Title of Work:** | Simply Breastfeeding:The Criso Breastfeeding Method (2008) |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | June 18, 2008 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | New Parent World, LLC DBA My Baby Experts |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | New Parent World, LLC DBA My Baby Experts<br>25 Westbury Drive, Sparta, NJ, 07871, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | Aspey, Watkins & Diesel PLLC |
| **Name:** | David J Johns |
| **Email:** | djohns@awdlaw.com |
| **Telephone:** | (928)774-1478 |
| **Alt. Telephone:** | (928)864-6224 |
| **Address:** | 123 N. San Francisco St., Suite 300<br>Flagstaff, AZ 86001 United States |

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-396-143

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 13, 2023

## Title
_____

Title of Work: Simply Breastfeeding:The Criso Breastfeeding Method (2009)

## Completion/Publication
_____

Year of Completion: 2009
Date of 1st Publication: October 10, 2009
Nation of 1st Publication: United States
International Standard Number: 00495612995

## Author
_____

- Author: New Parent World, LLC, dba My Baby Experts
Author Created: entire motion picture
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim
_____

Material excluded from this claim: script/screenplay, previously published material (2008 version)

New material included in claim: additional new footage, revisions/additions to script

## Rights and Permissions
_____

Organization Name: Aspey, Watkins & Diesel PLLC
Name: David J Johns
Email: djohns@awdlaw.com
Telephone: (928)774-1478

Alt. Telephone:   (928)864-6224
Address:   123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

Name:   David J Johns
Date:   January 27, 2023

Correspondence:   Yes

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Sharia Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-869

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

---

## Title
_____

**Title of Work:** Simply Breastfeeding:The Criso Breastfeeding Method (2012 Spanish)

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** November 15, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** New Parent World, LLC DBA My Baby Experts
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** New Parent World, LLC DBA My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** script/screenplay, preexisting footage
**Previous registration and year:** pending

**New material included in claim:** additional new footage, revisions/additions to script, Dubbed in Spanish

## Rights and Permissions
_____

**Organization Name:** Aspey, Watkins & Diesel PLLC
**Name:** David J Johns
**Email:** djohns@awdlaw.com
**Telephone:** (928)774-1478

**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-929

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

## Title _____

Title of Work: Simply Breastfeeding:The Criso Breastfeeding Method (2012)

## Completion/Publication _____

Year of Completion: 2012
Date of 1st Publication: November 15, 2012
Nation of 1st Publication: United States

## Author _____

- Author: New Parent World, LLC DBA My Baby Experts
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: New Parent World, LLC DBA My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of  copyright claim _____

Material excluded from this claim: script/screenplay, preexisting footage
Previous registration and year: PA0002396143, 2023

New material included in claim: additional new footage, revisions/additions to script

## Rights and Permissions _____

Organization Name: Aspey, Watkins & Diesel PLLC
Name: David J Johns
Email: djohns@awdlaw.com
Telephone: (928)774-1478

| | |
|---|---|
| **Alt. Telephone:** | (928)864-6224 |
| **Address:** | 123 N. San Francisco St., Suite 300 |
| | Flagstaff, AZ 86001 United States |

## Certification

| | |
|---|---|
| **Name:** | David J Johns |
| **Date:** | January 27, 2023 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding previous registration: Registration number added from Copyright Office records. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-939

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 15, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Simply Breastfeeding:The Criso Breastfeeding Method (2019 Spanish) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | November 01, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | New Parent World, LLC DBA My Baby Experts |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | New Parent World, LLC DBA My Baby Experts |
| | 25 Westbury Drive, Sparta, NJ, 07871, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, previously registered motion picture in English |
| **Previous registration and year:** | PA0002396147, 2023 |
| **New material included in claim:** | additional new footage, revisions/additions to script, Dubbed in Spanish |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Aspey, Watkins & Diesel PLLC |
| **Name:** | David J Johns |
| **Email:** | djohns@awdlaw.com |
| **Telephone:** | (928)774-1478 |

**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Copyright Office notes:** Regarding previous registration and material excluded: Added from Copyright Office records.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-396-147

**Effective Date of Registration:**
February 03, 2023
**Registration Decision Date:**
February 13, 2023

## Title

**Title of Work:**  Simply Breastfeeding:The Criso Breastfeeding Method (2019)

## Completion/Publication

**Year of Completion:**  2019
**Date of 1st Publication:**  November 01, 2019
**Nation of 1st Publication:**  United States

## Author

- **Author:**  New Parent World, LLC, dba My Baby Experts
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  New Parent World, LLC, dba My Baby Experts
25 Westbury Drive, Sparta, NJ, 07871, United States

## Limitation of copyright claim

**Material excluded from this claim:**  script/screenplay, prior versions (2008, 2009, 2012)
**Previous registration and year:**  PA0002396143, 2023

**New material included in claim:**  additional new footage, revisions/additions to script

## Rights and Permissions

**Organization Name:**  Aspey, Watkins & Diesel PLLC
**Name:**  David J Johns
**Email:**  djohns@awdlaw.com
**Telephone:**  (928)774-1478

**Alt. Telephone:** (928)864-6224
**Address:** 123 N. San Francisco St., Suite 300
Flagstaff, AZ 86001 United States

## Certification

**Name:** David J Johns
**Date:** January 27, 2023

**Correspondence:** Yes