

Krystle Delgado, AZ Bar No. 031219
**Delgado Entertainment Law, PLLC**
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
Telephone: (480) 248-0657
Facsimile: (480) 718-8759
krystle@delgadoentertainmentlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts),<br><br>            Plaintiff,<br>vs.<br><br>True To Life Productions, Inc., an Arizona for-profit corporation; Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity,<br><br>            Defendants. | Case No. 3:23-CV-08089-DGC<br><br>**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM IN UPON RUMBLE, INC. AND VIMEO.COM, INC.** |

NOTICE IS HEREBY GIVEN, that pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiff, New Parent World, LLC ("Plaintiff"), by and through undersigned counsel, hereby gives notice of Plaintiff's intent to serve a subpoena for records upon Rumble, Inc. and Vimeo.com, Inc. A copy of the subpoenas are attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 20th day of May, 2024.

                        By: *s/Krystle M. Delgado*
                          KRYSTLE M. DELGADO
                          Delgado Entertainment Law, PLLC
                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, **Plaintiff's Notice of Intent to Serve Subpoena** was filed with the United States District Court, for the District of Arizona, using the CM/ECM system, which will send notification of such filing to counsel of record via electronic mail as follows:

Maria Crimi Speth
Aaron K. Haar
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
mcs@jaburgwilk.com
akh@jaburgwilk.com
*Attorneys for Defendants*

*s/Tremain Daivs*
Tremain Davis