**Jaburg & Wilk, P.C.**
1850 N. Central Avenue, 12th Floor
Phoenix, AZ 85004
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Aaron K. Haar (030814)
akh@jaburgwilk.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts), <br><br> Plaintiff, <br><br> v. <br><br> True To Life Productions, Inc., an Arizona for-profit corporation; Brightcourse, LLC, an Arizona limited liability company; Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity, <br><br> Defendant. | Case No. 3:23-cv-08089-DGC <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

Notice is given that on June 25, 2024, counsel for Defendants served the following on Plaintiff's counsel of record via email:

- Third Set of Interrogatories to Plaintiff.

. . .

. . .

DATED this 25th day of June, 2024.

**Jaburg & Wilk, P.C.**

<u>/s/ *Aaron K. Haar*</u>
Maria Crimi Speth
Aaron K. Haar
1850 N. Central Avenue, 12th Floor
Phoenix, AZ 85004
*Attorneys for Defendants True to Life Productions, Inc., Heritage House '76, Incorporated and Brandon Monahan*

2

23427-23427-00001\AKH\JJB\6089235v1

*Certificate of Service*

I hereby certify that on the 25th day of June, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Krystle Delgado
Delgado Entertainment Law, PLLC
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251-6437
Telephone: (480) 248-0657
Facsimile (480) 718-8759
krystle@delgadoentertainmentlaw.com

*Attorneys for Plaintiff*

/s/ Joy Brown

3

23427-23427-00001\AKH\JJB\6089235v1