

Exhibit A



Radu Kramer, MD
201-967-0800
https://comprehensivehealingmd.com

---

July 8, 2024

Re: Mrs. Shari Criso

DOB: 01/11/1969

To Whom It May Concern:

I am writing on behalf of my patient, Mrs. Shari Criso, who is under my care for her medical condition. At this time, air travel is contraindicated and poses a substantial risk to the patient.

Consequently, Mrs. Shari Criso should avoid flying until medically cleared. We hope she can find alternative arrangements, such as video conferencing, if available, to enable her to participate in important meetings, while avoiding air travel.

Sincerely,

*[signature]*

Radu Kramer, M.D.

---

800 Kinderkamack Rd, Ste 205N, Oradell, NJ 07649
Fax: (201) 942 - 0492

**Night and Day Medical**
**427 Fort Washington Avenue**
**New York NY 100337034**
**212-740-4600**

NAME: Shari Criso            DOB: 01/11/1969
ADDRESS: 25 Westbury Drive Sparta NJ 07871
DATE: 05/28/2024

This is to certify that Ms Criso was seen today for an evaluation. Ms Criso is diagnosed with a chronic medical condition which produces chronic pain and decreased mobility. This makes it difficult for her to travel via airplane as it may aggravate her pain and swelling of her extremities.

PHYSICIAN SIGNATURE: _____
Cluny Lefevre, DO
NY License # 205008