DELGADO ENTERTAINMENT LAW, PLLC
3295 N. Drinkwater Blvd, #9
Scottsdale AZ 85251
(480) 248-0657

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts), <br><br> Plaintiff, <br><br> vs. <br><br> True To Life Productions, Inc., an Arizona for-profit corporation; Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity, <br><br> Defendants. | Case No. 3:23-CV-08089-DGC <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

The Court, having considered Plaintiff's Motion for Protective Order (the "Motion"), and for good cause appearing,

IT IS HEREBY ORDERED granting Plaintiff's Motion. The deposition of Plaintiff, Shari Criso ("Shari"), on behalf of herself and New Parent World, LLC, shall be conducted via a virtual platform, as mutually agreed upon by the parties.

IT IS FURTHER ORDERED that Defendants are prohibited from further inquiring into Shari's health information or records in any manner, unless otherwise ordered by this Court.

**SIGNED AND DATED ABOVE**