

Krystle Delgado, AZ Bar No. 031219
**Delgado Entertainment Law, PLLC**
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
Telephone: (480) 248-0657
Facsimile: (480) 718-8759
krystle@delgadoentertainmentlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts), | Case No. 3:23-CV-08089-DGC |
| Plaintiff, | **GOOD FAITH CONSULTATION CERTIFICATE** |
| vs. | |
| True To Life Productions, Inc., an Arizona for-profit corporation; Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity, | |
| Defendants. | |

COMES NOW, Plaintiff, New Parent World, LLC ("Plaintiff"), by and through undersigned counsel, Pursuant to Rule 26(c), Federal Rules of Civil Procedure, hereby submits this Good Faith Consultation Certificate. Plaintiff does certify that, in an effort to resolve this dispute without court intervention, counsel for the parties conferred about the matters set forth in the concurrently filed Motion for Protective Order on July 22, 2024 via an initial phone call, and through various email communications thereafter. The parties have been unable to resolve this matter informally.

RESPECTFULLY SUBMITTED this <u>2nd</u> day of <u>August</u>, 2024.

By: *s/Krystle M. Delgado*
KRYSTLE M. DELGADO
Delgado Entertainment Law, PLLC
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2024, the foregoing **GOOD FAITH CONSULTATION CERTIFICATE** was filed with the United States District Court, for the District of Arizona, using the CM/ECM system, which will send notification of such filing to counsel of record via electronic mail as follows:

Maria Crimi Speth
Aaron K. Haar
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
mcs@jaburgwilk.com
akh@jaburgwilk.com
*Attorneys for Defendants*

                                              *s/Tremain Daivs*
                                              Tremain Davis