

Krystle Delgado, AZ Bar No. 031219
**Delgado Entertainment Law, PLLC**
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
Telephone: (480) 248-0657
Facsimile: (480) 718-8759
krystle@delgadoentertainmentlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts), <br><br> Plaintiff, <br><br> vs. <br><br> True To Life Productions, Inc., an Arizona for-profit corporation; Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity, <br><br> Defendants. | Case No. 3:23-CV-08089-DGC <br><br> **NOTICE OF SERVICE OF SUBPOENAS DUCES TECUM** |

NOTICE IS HEREBY GIVEN, that on July 30, 2024, Plaintiff, New Parent World, LLC ("Plaintiff"), by and through undersigned counsel, has served upon Texas Pregnancy Care Network a subpoena duces tecum. Proof of service is attached hereto as Exhibit A. Notice is further given that on August 2, 2024 a subpoena duces tecum was also served upon Texas Health and Human Services Commission. Proof of service is attached hereto as Exhibit B.

RESPECTFULLY SUBMITTED this 2nd day of August, 2024.

By: *s/Krystle M. Delgado*
KRYSTLE M. DELGADO
Delgado Entertainment Law, PLLC
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, the foregoing **NOTICE OF SERVICE OF SUBPOENAS DUCES TECUM** was filed with the United States District Court, for the District of Arizona, using the CM/ECM system, which will send notification of such filing to counsel of record via electronic mail as follows:

Maria Crimi Speth
Aaron K. Haar
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
mcs@jaburgwilk.com
akh@jaburgwilk.com
*Attorneys for Defendants*

                                        *s/Tremain Daivs*
                                        Tremain Davis