

Exhibit A

Civil Action No.     **3:23-cv-08089-DGC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for     **Texas Pregnancy Care Network c/o John McNamara** on **7/29/2024:**

[X]  I served the subpoena by delivering a copy to the named person as follows: **Betsy Campos**, who is designated by law to accept service of process on behalf of **Texas Pregnancy Care Network c/o John McNamara** at **1101 S. Capital of Texas HWY, BLDG K Suite 250, Austin, TX 78746** on **07/30/2024 at 10:05 AM**

**I delivered the documents to Betsy Campos who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with glasses.**; or

[ ]   I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 07/30/2024

*Server's signature*

**Kelly Land**
*Printed name and title*

**3575 Far West Blvd - UPS - Signture is required**
**Unit #27011**
**Austin, TX 78755**

*Server's address*

Additional information regarding attempted service, etc:




Tracking #: **0139092778**