

Exhibit B

Civil Action No.    **3:23-cv-08089-DGC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for **Texas Health and Human Services Commission c/o Office of the Attorney General** on **8/01/2024:**

[X] I served the subpoena by delivering a copy to the named person as follows: **Cynthia Reese**, who is designated by law to accept service of process on behalf of **Texas Health and Human Services Commission c/o Office of the Attorney General** at **4601 W Guadalupe Street, Austin, TX 78751** on **08/02/2024 at 12:28 PM**

**I delivered the documents to Cynthia Reese who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 200-240 lbs.**; or

[ ] I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 08/02/2024

_____
*Server's signature*

**Nancy Forvilus**
*Printed name and title*

**15406 Ecorio Dr
Austin, TX 78728**

_____
*Server's address*

Additional information regarding attempted service, etc:




Tracking #: **0139452368**