# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts), <br><br> Plaintiff, <br><br> v. <br><br> True To Life Productions, Inc., an Arizona for-profit corporation; Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity, <br><br> Defendants. | Case No. 3:23-cv-08089-DGC <br><br> **ORDER** |

Upon review of Defendants' Motion for Protective Order,

THE COURT FINDS that Plaintiff's subpoenas and inquiries targeted to the Texas Pregnancy Care Network and the Texas Department of Health and Human Services have no relevance to the claims or defenses asserted in this action, were undertaken in bad faith, and evince a violation of Rule 26(g).

Therefore, and good cause appearing,

IT IS ORDERED the Motion is granted.

IT IS FURTHER ORDERED Plaintiff must withdraw its subpoenas to the Texas Pregnancy Care Network and the Texas Department of Health and Human

Service within three days of this Order and must promptly provide evidence of such withdrawal to counsel of record for Defendants.

IT IS FURTHER ORDERED that Plaintiff reimburse Defendants' attorney fees and costs incurred in filing the Motion for Protective Order, and Defendants are directed to file a motion for attorney fees related thereto within 14 days from the date of this Order.

IT IS FURTHER ORDERED that Plaintiff will be held further liable for any damages resulting from this improper use of discovery.

SO ORDERED.

23427-23427-00001\AKH\\6142323v1