

Krystle Delgado, AZ Bar No. 031219
**Delgado Entertainment Law, PLLC**
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
Telephone: (480) 248-0657
Facsimile: (480) 718-8759
krystle@delgadoentertainmentlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| New Parent World, LLC, a New Jersey for-profit corporation (d/b/a My Baby Experts),<br><br>    Plaintiff,<br>vs.<br><br>True To Life Productions, Inc., an Arizona for-profit corporation; Heritage House '76, Incorporated, an Arizona for-profit corporation; Brandon Monahan, in his individual capacity,<br><br>    Defendants. | Case No. 3:23-CV-08089-DGC<br><br>**PLAINTIFF'S NOTICE OF FILING OF OFFER AND ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** |

COMES NOW, Plaintiff, New Parent World, LLC ("Plaintiff"), by and through counsel, pursuant to Rule 68(a), Fed. R. Civ. P., hereby gives notice of filing of the Offer and Acceptance of Judgment. The Offer of Judgment, submitted by Defendants' True To Life Productions, Inc., Heritage House '76, Incorporated, and Brandon Monahan's ("Defendants") dated December 17, 2024, along with proof of service, is attached hereto as Exhibit A. Plaintiff's Acceptance of the Offer of Judgment along with proof of service is attached as Exhibit B hereto.

This Court ordered the parties to file a notice of settlement no later than the close of business December 20, 2024 (Doc. 109). This notice is being filed in lieu of a notice of settlement, pursuant to Rule 68, Fed.R.Civ.P., having the same effect. However, if the

Court still requires a notice of settlement to be filed, the parties would be happy to do so.

RESPECTFULLY SUBMITTED this 19th day of December, 2024.

                By: *s/Krystle M. Delgado*
                    KRYSTLE M. DELGADO
                    Delgado Entertainment Law, PLLC
                    3295 North Drinkwater Blvd., Suite 9
                    Scottsdale, Arizona 85251
                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, **Plaintiff's Notice of Filing of Offer and Acceptance of Defendants' Offer of Judgment** was filed with the United States District Court, for the District of Arizona, using the CM/ECM system, which will send notification of such filing to counsel of record via electronic mail as follows:

Maria Crimi Speth
Aaron K. Haar
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
mcs@jaburgwilk.com
akh@jaburgwilk.com
*Attorneys for Defendants*

                                                      *s/Tremain Daivs*
                                                      Tremain Davis