

**Exhibit B**

 Outlook

## Re: New Parent World, LLC v. True to Life Prods., Inc. et al., 3:23-cv-08089 - Rule 68 Offer of Judgment

| | |
|---|---|
| From | Tremain (Delgado Entertainment Law PLLC) <admin@delgadoentertainmentlaw.com> |
| Date | Wed 12/18/2024 9:21 AM |
| To | Aaron K. Haar <akh@jaburgwilk.com>; Krystle Delgado, Esq <krystle@delgadoentertainmentlaw.com> |
| Cc | Maria Crimi Speth <mcs@jaburgwilk.com> |

1 attachment (212 KB)
12182024 Letter of Acceptance of Offer of Judgment.pdf;

Good Morning, Aaron & Maria,

Please see attached. Plaintiff has accepted the Offer of Judgment. We will email the JA to see about getting today's hearing vacated, and will also file a formal acceptance with the court. In the meantime, will your office be filing the Offer of Judgment with the Court, of shall we attach it as an exhibit to our acceptance?

Please advise. Thank you.

Best Regards,

Tremain Davis
Case Manager



Website | Facebook | Instagram | Linkedin | TEDx | Music Tips

**This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.**

# DELGADO ENTERTAINMENT LAW, PLLC

December 18, 2024

*Via Email:*

Aaron K. Haar:
Maria Crimi Speth:
Jaburg & Wilk, P.C.
1850 N. Central Avenue, 12th Floor
Phoenix, AZ 85004
akh@jaburgwilk.com
mcs@jaburgwilk.com

       **RE:**    Letter of Acceptance of Offer of Judgment Dated December 17, 2024
               *New Parent World, LLC v. True to Life Productions, LLC, et al., 3:23-cv-08089-DGC*

Dear Counsels:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff, New Parent World, LLC ("Plaintiff"), hereby accepts the Offer of Judgment dated December 17, 2024 ("Offer of Judgment") made by Defendants True to Life Productions, Inc., Heritage House '76, Incorporated, and Brandon Monahan (collectively as, "Defendants"). Plaintiff agrees to the terms set forth in the Offer of Judgment, including:

1. Entry of judgment against Defendants in the amount of $200,000.00, inclusive of all damages, costs, attorney fees, and interest sought in this action;
2. The removal by Defendants of any infringing content from any website over which they have control, to the extent such removal has not already occurred;
3. The establishment of a procedure whereby Plaintiff may give notice of content it believes to be infringing, with Defendants agreeing to remove such content within 10 days or, alternatively, provide notice that the content is not infringing; and,
4. Settlement of disagreements over specific content through an expedited arbitration procedure with a mutually agreed-upon arbitrator.

The parties will work in good faith to better define the content that is believed to be infringing and the remedial action to be taken, as part of a final settlement agreement between the parties. Plaintiff acknowledges that acceptance of this Offer of Judgment does not constitute an admission of liability by Defendants.

Please let us know how you wish to proceed with filing the Offer and Acceptance with the Court.

                                                                              Sincerely,

                                                                              Krystle M. Delgado, Esq.
                                                                              **Delgado Entertainment Law, PLLC**

3295 North Drinkwater Blvd, Suite 9, Scottsdale, AZ 85251 • Phone: 480.248.0657 • Fax: 480.718-8759
Website: http://www.delgadoentertainmentlaw.com • Find me on Facebook